# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

THOMAS P. NILES AND JOHN M. NILES, Executors etc., of
SMITH SHAW, Deceased. Appellants, v. ALEXANDER
CHACE, Respondent.

*Apportionment of rent — right of an executor to recover a portion accrued, but not
due, at the time of the testator's death — by and against whom the action must be
brought — 1875, chap. 542.*

APPEAL from a judgment in favor of the defendant, entered
upon a nonsuit directed at the circuit.

Smith Shaw, the testator, died November 27, 1878. The plain-
tiffs are his executors. They bring this action to recover for the
use and occupation of a farm of the deceased, by the defendant,
from April 1, 1878, to the day of the death of the testator. It
was proved on the trial that the defendant had occupied the farm
for a number of years prior to the death of the testator, and con-
tinued to occupy it after the death of the testator, and down to the
time of trial. The value of the use from April first to November
twenty-seventh was also proved. No further proof was given, and
the plaintiffs were thereupon, on defendant's motion, nonsuited. It
appeared by the complaint and answer, that the testator devised the
farm to the defendant.

The court at General Term said : " We think that the learned
justice was right in holding that, if there was any tenancy, it must
be presumed to be a tenancy by the year, under the facts shown.
(*Jackson ex dem.* v. *Bryan*, 1 Johns., 322.)

" The right to the proportionate part, given by chapter 542, Laws
of 1875, is qualified by the second section of the act. This gives
the right of action to the persons who would have been entitled if the
act had not been passed, and limits the remedy to a recovery from
such persons. The action, therefore, of the executors, in such a

case, is against the heir or devisee. In the present instance the alleged tenant is the devisee. Very possibly, in such a case, upon a complaint properly framed, an action might be maintained by the executor against the heir or devisee who had been tenant of the deceased. But such was not the complaint here; nor was there any motion to amend."

*McClellan & Brown*, for the appellants.

*Newkirk & Chace*, for the respondent.

Opinion by the court.

Present — LEARNED, P. J., BOARDMAN and BOOKES, JJ.

Judgment affirmed, with costs.